JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE GRIMES,<br><br>            Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>            Defendant. | Case No. 5:22-cv-01896-MWF(JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SHANE GRIMES ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 February 21, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $130,396.40, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: June 21, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**JUDGMENT**